IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Shelly Fontenelle,

        Plaintiff

vs.                                  Case No. 1:09-cv-1071

IQ Data International, Inc.,

        Defendant

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement, with leave for Plaintiff to seek reinstatement within Ninety (90) days from the date of entry of this notice. If this case has not been reinstated within Ninety (90) days from the date of entry of this notice, or a motion for reinstatement has not been filed by said date, then Plaintiff shall file a dismissal *with* prejudice.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 23rd day of December, 2009, with:

United States District Court CM/ECF system


By: <u>s/Tremain Davis</u>
    Tremain Davis