IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Shelly Fontenelle,

      Plaintiff

vs.                                                    Case No. 1:09-cv-1071

IQ Data International, Inc.,

      Defendant

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 14th day of January, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 14th day of January, 2010 to:


By: s/Tremain Davis
     Tremain Davis